FILED LODGED
RECEIVED
NOV 01 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARNES AND NOBLES,<br><br>　　　　　　Defendant. | CASE NO. 3:17-cv-05871-RJB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |

This matter comes before the Court on Plaintiff's Application for Leave to Proceed in Forma Pauperis ("IFP"). Dkt. 1. The Court has considered the application and the remainder of the record herein.

On October 13, 2017, Plaintiff, a *pro se* prisoner, filed a case against "Barnes and Nobles," moved for IFP, and provided a proposed complaint asserting that Defendant "Barnes and Nobles" committed copyright infringement, breached a contract, and committed fraud when it sold Plaintiff's books. *Casterlow-Bey v. Barnes and Nobles,* U.S. District Court for the Western District of Washington case number 17-5834, Dkts. 1 and 1-1. Plaintiff also makes reference to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962,

ORDER DENYING APPLICATION TO PROCEED
IN FORMA PAUPERIS- 1

("RICO"). *Casterlow-Bey v. Barnes and Nobles,* U.S. District Court for the Western District of Washington case number 17-5834, Dkt. 1. Plaintiff seeks several million dollars in damages. *Casterlow-Bey v. Barnes and Nobles,* U.S. District Court for the Western District of Washington case number 17-5834, Dkt. 1. His application for IFP was granted.

That same day, October 13, 2017, Plaintiff filed another case against "Barnes and Nobles," Amazon, Google, Ebay, and Trafford, moved for IFP and asserted claims under RICO regarding the sale and distribution of his books. *Casterlow-Bey v. Amazon.com, et al.,* Western District of Washington case number 17-5833 RJB, Dkts. 1 and 1-1. His application for IFP was granted.

On October 25, 2017, Plaintiff filed this case against "Barnes and Nobles," moved for IFP, and provided a proposed complaint again asserting that Defendant "Barnes and Nobles" committed copyright infringement, breached a contract, and committed fraud when it sold Plaintiff's books. Dkts. 1 and 1-1. Plaintiff also again makes reference to RICO violations. Plaintiff seeks injunctive relief and several million dollars in damages. Dkt. 1.

In addition to these three cases (for a total of six), Plaintiff filed similar actions regarding the sale and distribution of his books against:

(1) Trafford Publishing Company, *Casterlow-Bey v. Trafford Publishing Company,* Western District of Washington case number 17-5459 RJB;

(2) Google.com and Amazon.com, *Casterlow-Bey v. Google.com, et al.,* Western District of Washington case number 17-5686 RJB,

(3) Ebay.com, *Casterlow-Bey v. Ebay.com,* Western District of Washington case number 17-5687 RJB.

Plaintiff moved for IFP in each of those cases as well. *Id.*

Moreover since June 14, 2017, Plaintiff has filed an additional 14 cases in this Court.

(1) *Casterlow-Bey v. Tacoma News Tribune*, U.S. District Court for the Western District of Washington case number 17-5560 BHS;

(2) *Casterlow-Bey v. Keisler*, U.S. District Court for the Western District of Washington case number 17-5561 BHS-TLF;

(3) *Casterlow-Bey v. Pierce County Sheriff*, U.S. District Court for the Western District of Washington case number 17-5587 BHS-TLF;

(4) *Casterlow-Bey v. Caruso*, U.S. District Court for the Western District of Washington case number 17-5605 RJB-JRC;

(5) *Casterlow-Bey v. Google Internet Search Engine Company*, U.S. District Court for the Western District of Washington case number 17-5621 RBL-JRC;

(6) *Casterlow-Bey v. Jarmon*, U.S. District Court for the Western District of Washington case number 17-5647 BHS-TLF;

(7) *Casterlow-Bey v. Tacoma News Tribune*, U.S. District Court for the Western District of Washington case number 17-5649 BHS;

(8) *Casterlow-Bey v. City of Tacoma*, U.S. District Court for the Western District of Washington case number 17-5676 BHS-DWC;

(9) *Casterlow-Bey v. United States of America*, U.S. District Court for the Western District of Washington case number 17-5696 BHS-TLF;

(10) *Casterlow-Bey v. United States of America*, U.S. District Court for the Western District of Washington case number 17-5710 BHS-TLF;

(11) *Casterlow-Bey v. National Park Service*, U.S. District Court for the Western District of Washington case number 17-5711 RBL-TLF;

(12) *Casterlow-Bey v. Pierce County Sheriff,* U.S. District Court for the Western District of Washington case number 17-5723 BHS-TLF

(13) *Casterlow-Bey v. Google.com, Inc.,* U.S. District Court for the Western District of Washington case number 17-5764 RBL-TLF;

(14) *Casterlow-Bey v. Garcia,* U.S. District Court for the Western District of Washington case number 17-5856 BHS-TLF.

Plaintiff filed IFP applications in each case. *Id.*

**IFP APPLICATION.** As he has in each of his prior IFP applications, Plaintiff states that he is not employed, is totally disabled, and receives Social Security Disability Income of $738.00/month. Dkt. 1. He reports he has expenses of $625. *Id.* Plaintiff indicates that he has no assets or dependents. *Id.* He is incarcerated. *Id.*

**STANDARD ON IFP APPLICATION.** The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915 (a). However, the court has broad discretion in denying an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

**IFP SHOULD BE DENIED.** Plaintiff's motion for IFP should be denied as repetitive and unnecessary. This case is a repetition of two cases he filed less than two weeks ago against the same Defendant alleging the same actions and claims. Under § 1915 (b)(1), as a prisoner, each time Plaintiff files a case, he has "to pay the full amount of the filing fee," albeit over time even if he is granted IFP status.

Further, the Court is becoming concerned with the repetitive, abusive and sometimes frivolous nature of Plaintiff's filings with this Court. Rather than moving to amend a complaint in a case already filed, he simply files a new case (and moves for IFP), and maybe adds a claim

or party. Moreover, his attempts at subpoenaing non-parties in a case to gain information (even though those entities are parties in other cases regarding the sale and distribution of his books), demonstrates an attempt to avoid following the Federal Rules of Civil Procedure and Western District of Washington Rules of Civil Procedure regarding discovery. *Casterlow-Bey v. Trafford Publishing Company*, Western District of Washington case number 17-5459 RJB, Dkt. 44. His repetitive and sometimes frivolous filings are burdensome on the Court's resources. "Every paper filed with the Clerk of this Court, no matter how repetitious or frivolous, requires some portion of the institution's limited resources. A part of the Court's responsibility is to see that these resources are allocated in a way that promotes the interests of justice." *Martin v. D.C. Court of Appeals*, 506 U.S. 1, 3 (1992). Plaintiff is cautioned that he should be only filing necessary pleadings.

If Plaintiff wishes to proceed with this case, he should pay the full amount of the $400.00 filing fee by November 17, 2017. Failure to do so may result in dismissal of this case.

## ORDER

- Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Dkt. 1) **IS DENIED**; and
- If Plaintiff wishes to proceed with this case, he should pay the full amount of the $400.00 filing fee by **November 17, 2017**. Failure to do so may result in dismissal of this case.

The Clerk is further directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 1 day of November, 2017.

ROBERT J. BRYAN
United States District Judge

ORDER DENYING APPLICATION TO PROCEED
IN FORMA PAUPERIS- 6